IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 07-cr-00019-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL SOLOMON LEHI,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    A change of plea hearing will be held **May 3, 2007, at 1:30 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: March 23, 2007

                                                       s/ Jane Trexler, Judicial Assistant