IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00019-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL SOLOMON LEHI,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Hearing on the supervised release violation will be held **January 12, 2010, at 3:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: December 18, 2009

                                                    s/ Jane Trexler, Judicial Assistant