IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00019-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL SOLOMON LEHI,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Due to a conflict in the court's calendar, the supervised release hearing is vacated.  Counsel are directed to contact chambers to reschedule.


Dated: January 5, 2010

                                            s/ Jane Trexler, Judicial Assistant