# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge David L. West

Criminal No. 07-CR-00019-WDM

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. DANIEL SOLOMON LEHI,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

After conferring with counsel for the Defendant and the Government;

**IT IS HEREBY ORDERED** that the detention and preliminary hearing set for June 4, 2010 at 2:30 p.m. is **VACATED and RESCHEDULED for June 2, 2010 at 9:00 a.m.** before the Magistrate Judge in Durango, Colorado.

**DATED: June 1, 2010.**

                                              **BY THE COURT:**

                                              **s/David L. West**
                                              **United States Magistrate Judge**