IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00019-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DANIEL SOLOMON LEHI,

      Defendant.

_____

# MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      Hearing on the supervised release violation is scheduled **July 21, 2010, at 11:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: June 17, 2010

                                    s/ Jane Trexler, Judicial Assistant