IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 07-cr-00019-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL SOLOMON LEHI,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Supervised release violation hearing is continued to **October 13, 2010, at 3:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated: September 22, 2010

                                                                          s/ Jane Trexler, Judicial Assistant